UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JORDAN MANASCO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>BEST IN TOWN, INC. dba THE FURNACE, an Alabama Corporation; GREGORY L. JACKSON, an individual; GRAHAM G. JACKSON, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00381-JHE<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INDIVIDUAL AND COMPANY LIABILITY FOR MISCLASSIFICATION AND DEFENDANTS' GOOD FAITH & SERVICE CHARGE AFFIRMATIVE DEFENSES**<br><br>Trial Date: June 5, 2023<br><br><br>Amended Complaint Filed: June 29, 2021 |

/

COME NOW, the Plaintiffs Jordan Manasco ("Manasco"), Peyton Mastropolo ("Mastropolo") Katrina Perez ("Perez"), Stephanie Jeronymo ("Jeronymo") , Giddel Endaya Lynn ("Lynn"), Brittany Swan ("Swan"), Kelsey Lucas ("Lucas"), Laurel Hamrick ("Hamrick"), Julianna Edgerton ("J. Edgerton"), Jasmine Dove ("Dove"), Brianna Pettit ("Pettit"), Caitlin Glass ("Glass"), Constance Edgerton ("C. Edgerton"), Laura Slovensky ("Slovensky"), Jessica Campbell ("Campbell"), Miranda Fulcher ("Fulcher") and Nikkita Gordon ("Gordon") (collectively, "Plaintiffs") and respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant partial summary judgment in favor of the Plaintiffs declaring that defendants Best in Town, Inc. dba The Furnace and Graham G. Jackson ("Defendants") misclassified Plaintiffs as independent contractors when they were Plaintiffs employers under the Fair Labor Standards Act, and Defendants cannot meet their burden of their affirmative defenses

of good faith compliance with the Fair Labor Standards Act ("FLSA") or that they are etntield for offsets for services charges. .

Plaintiffs' Memorandum Brief in support thereof shows the Court that there is no genuine issue of any material fact concerning misclassification, individual liability of Graham G. Jackson or Defendants' lack of a good faith and service charge affirmative defenses and that Plaintiffs are entitled to judgment as a matter of law on those issues. This Motion is based on Plaintiff's Evidentiary Submissions in Support of the Motion for Summary Judgment and the Statement of Undisputed Facts and Conclusions of Applicable Law in Plaintiffs' Brief in Support of Plaintiffs' Motion for Partial Summary Judgment, which are submitted simultaneously with this Motion.

Dated: December 6, 2022

s/ Jason P. Tortorici
Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
*jpt@schillecitortoricilaw.com*

John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Los Angeles, California 90211
Telephone: (310) 273-1230
*kristensen@cz.law*
*fmihalic@cz.law*

Jarrett L. Ellzey (*Pro Hac Vice*)
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
*jarrett@ellzeylaw.com*

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I certify that on Tuesday, December 6, 2022, a true and correct copy of the attached **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Gregory S. Ritchey<br>**RITCHEY LAW FIRM, PLLC**<br>Founders Trust Center<br>1740 Oxmoor Road, Suite 100<br>Birmingham, AL 35209<br>Phone: 205-271-3105<br>Fax: 205-271-3111<br>Email: gsritchey@ritcheylaw.com<br><br>*Counsel for Defendants* | Jason P. Tortorici<br>**SCHILLECI & TORTORICI, P.C.**<br>100 Centerview Drive, Suite 205<br>Birmingham, Alabama 35233<br>Telephone: (205) 978-4211<br>jpt@schillecitortoricilaw.com<br><br>*Co-Counsel for Plaintiffs* |

Jarrett L Ellzey
Leigh S. Montgomery
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Phone: 713-322-6387
Fax: 888-276-3455
Email: firm@ellzeylaw.com

*Co-Counsel for Plaintiffs*

 

                                             */s/ Frank M. Mihalic, Jr.*
                                              Frank M. Mihalic, Jr.