# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JORDAN MANASCO, an individual; BROOKE BLAIR, an individual; PEYTON MASTROPOLO, an individual; and KATRINA PEREZ, an individual, | Case No.: 2:21-cv-00381-JHE |
| | **COLLECTIVE ACTION** |
| Plaintiffs, | |
| | **PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE** |
| v. | |
| BEST IN TOWN, INC. dba THE FURNACE, an Alabama Corporation; GREGORY L. JACKSON, an individual; GRAHAM G. JACKSON, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive, | |
| Defendants. | |

_____ /

**TO THIS HONORABLE COURT AND ALL COUNSEL OF RECORD** plaintiffs hereby request a short telephonic status conference to discuss with the Court and all counsel the trial date. The Court in its July 13, 2022 indicated it would schedule a pretrial conference after the deadline for dispositive motions.

The Court ordered the parties to be ready for trial on or before June 5, 2023, and Plaintiffs will be. However, Plaintiffs' counsel wants to coordinate the trial date at this time, as their calendars have numerous potential conflicts (as do all parties involved) in the upcoming months.

Plaintiffs' counsel are seeking to be proactive and appreciate the Court's time and efforts in this matter.

Dated: March 8, 2023

/s/ John P. Kristensen
John P. Kristensen (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*

Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
*jpt@schillecitortoricilaw.com*

Jarrett L. Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Facsimile: (888) 995-3335
*jarrett@ellzeylaw.com*
(*Pro Hac Vice* forthcoming)

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on Wednesday March 8, 2023, a true and correct copy of the attached **PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Gregory S. Ritchey
**RITCHEY LAW FIRM, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Phone: 205-271-3105
Fax: 205-271-3111
Email: gsritchey@ritcheylaw.com

*Counsel for Defendants*

Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
jpt@schillecitortoricilaw.com

*Co-Counsel for Plaintiffs*

Jarrett L Ellzey
Leigh S. Montgomery
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Phone: 713-322-6387
Fax: 888-276-3455
Email: firm@ellzeylaw.com

*Co-Counsel for Plaintiffs*

                                               */s/ John P. Kristensen*
                                                          John P. Kristensen