## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JORDAN MANASCO, et al., | Case No.: 2:21-cv-00381-JHE |
| Plaintiffs, | <u>COLLECTIVE ACTION</u> |
| v. | |
| BEST IN TOWN, INC. dba THE FURNACE, an Alabama Corporation; GREGORY L. JACKSON, an individual; GRAHAM G. JACKSON, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive, | **JOINT STIPULATION RE: SCOPE OF RELEASES & ONE WAY LIQUIDATED DAMAGES CLAUSE IN PARTIES' FLSA SETTLEMENT** |
| Defendants. | |
| _____ / | |

**WHEREAS,** the Plaintiffs Jordan Manasco ("Manasco"), Peyton Mastropolo ("Mastropolo") Katrina Perez ("Perez"), Stephanie Jeronymo ("Jeronymo") , Giddel Endaya Lynn ("Lynn"), Brittany Swan ("Swan"), Kelsey Lucas ("Lucas"), Laurel Hamrick ("Hamrick"), Julianna Edgerton ("J. Edgerton"), Jasmine Dove ("Dove"), Brianna Pettit ("Pettit"), Caitlin Glass ("Glass"), Constance Edgerton ("C. Edgerton"), Laura Slovensky ("Slovensky"), Jessica Campbell ("Campbell"), Miranda Fulcher ("Fulcher"),Nikkita Gordon ("Gordon"),

Kimberly Chapman ("Chapman"), and Kelly McDonald ("McDonald") (collectively, "Plaintiffs") and defendants Best in Town, Inc. dba The Furnace and Graham G. Jackson ("Defendants") (collectively, "the Parties"), through their Counsel for Plaintiffs, John P. Kristensen, and Counsel for Defendants, Gregory S. Ritchey (collectively, "the Parties"), have agreed to clarify the scope of the releases for the Plaintiffs. The Settlement Agreements each included a severability clause should the Court find the scope of the non-FLSA or asserted claims were too broad.

This stipulation clarifies that the Plaintiffs are only releasing the following claims pursuant to the agreements. Each Plaintiff is releasing only their FLSA claims and related Alabama state wage and hour claims. Additionally, just Manasco, J. Edgerton and McDonald are releasing their FMLA claims. That is the extent of the released claims per paragraph seven (7) of the release agreements.

Further, the parties stipulate that the one way liquidated damages clause in paragraph twenty (20) of the release agreements is stricken and null and void.

Lastly, payment will be made to Ellzey & Associates Client Trust Account.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, by and through their undersigned counsel, that:

1. Each Plaintiff is releasing only their FLSA claims and related Alabama state wage and hour claims;

2. Manasco, J. Edgerton, and McDonald are also releasing their FLMA

claims, retaliation and interference claims against Defendants;

    3.  The one way liquidated damages clause in paragraph twenty (20) of the release agreements is stricken and null and void; and payment will be made to

    4.  Payment will be made to Ellzey & Associates Client Trust Account.

Dated: February 4, 2024                Respectfully submitted,

                                  /s/ *John P. Kristensen*
                                  John P. Kristensen (*Pro Hac Vice*)
                                  **CARPENTER & ZUCKERMAN**
                                  8827 W. Olympic Blvd.
                                  Beverly Hills, CA 90211
                                  T: 310-273-1230
                                  *kristensen@cz.law*

                                  Jarrett L. Ellzey (*Pro Hac Vice*)
                                  Leigh Montgomery (*Pro Hac Vice*)
                                  **ELLZEY & ASSOCIATES, PPLC**
                                  1105 Milford Street
                                  Houston, TX 77066
                                  T: 713-322-6387
                                  *Jarrett@ellzeylaw.com*
                                  *leigh@ellzeylaw.com*

                                  Jason P. Tortorici
                                  **SCHILLECI & TORTORICI PC**
                                  100 Centerview Drive
                                  Suite 205
                                  Birmingham, AL 35216
                                  T:205-978-4211
                                  *jpt@schillecitortoricilaw.com*

                                  ***Attorneys for Plaintiffs***

Dated: February 4, 2024          Respectfully submitted,

                                           */s/ Gregory S. Ritchey*
                                           Gregory S. Ritchey
                                           **RITCHEY LAW FIRM, PLLC**
                                           Founders Trust Center
                                           1740 Oxmoor Road, Suite 100
                                           Birmingham, AL 35209
                                           T: 205-271-3100
                                           *gsritchey@ritcheylaw.com*

                                           ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I certify that on Wednesday March 8, 2023, a true and correct copy of the attached **JOINT STIPULATION RE: SCOPE OF RELEASES & ONE WAY LIQUIDATED DAMAGES CLAUSE IN PARTIES' FLSA SETTLEMENT** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Gregory S. Ritchey
**RITCHEY LAW FIRM, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Phone: 205-271-3105
Fax: 205-271-3111
Email: gsritchey@ritcheylaw.com

*Counsel for Defendants*

Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
jpt@schillecitortoricilaw.com

*Co-Counsel for Plaintiffs*

Jarrett L Ellzey
Leigh S. Montgomery
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Phone: 713-322-6387
Fax: 888-276-3455
Email: firm@ellzeylaw.com

*Co-Counsel for Plaintiffs*

                                                                     */s/ John P. Kristensen*
                                                                        John P. Kristensen