# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JORDAN MANASCO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:21-cv-00381-JHE |
| BEST IN TOWN, INC., et al., | ) |
| Defendants. | ) |

## FINAL ORDER[1]

Consistent with the memorandum opinion entered under seal, the parties' joint motion to seal (doc. 125) is **GRANTED**.  The parties' joint motion for settlement approval (docs. 127 and exhibits) and the memorandum opinion will remain under seal for **18 months**, after which the Clerk is **DIRECTED** to unseal them.

The motion for settlement approval is **GRANTED** as stated in the memorandum opinion. Premised on that settlement, this matter is **DISMISSED WITH PREJUDICE**, and costs are taxed as paid, except as otherwise set forth in the settlement agreement.  The court retains jurisdiction to enforce the terms of the settlement agreement.

DONE this 6th day of February, 2024.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment.  (Docs. 32, 56 & 131).