# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JORDAN MANASCO, an individual; BROOKE BLAIR, an individual; PEYTON MASTROPOLO, an individual; and KATRINA PEREZ, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>BEST IN TOWN, INC. dba THE FURNACE, an Alabama Corporation; GREGORY L. JACKSON, an individual; GRAHAM G. JACKSON, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00381-JHE<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFFS' REQUEST FOR SETTLEMENT AGREEMENT AND ORDER APPROVING SETTLEMENT TO BE UNSEALED AS THE 18 MONTH PERIOD HAS EXPIRED** |

**TO THIS HONORABLE COURT AND ALL COUNSEL OF RECORD** plaintiffs hereby request that docket entry number 133 approving the settlement in this matter be unsealed on the docket by the unequivocal terms in the agreement and motion to seal (docket entry no. 123) that the sealing was temporary, and that time has expired.

| | |
|---|---|
| Dated: August 6, 2025 | /s/ John P. Kristensen<br>John P. Kristensen (*Pro Hac Vice*)<br>**KRISTENSEN LAW GROUP**<br>120 Santa Barbara St., Suite C9<br>Santa Barbara, CA 93015<br>Telephone: (805) 837-2000<br>*john@kristensen.law* |
| | Jason P. Tortorici<br>**SCHILLECI & TORTORICI, P.C.**<br>100 Centerview Drive, Suite 205<br>Birmingham, Alabama 35233<br>Telephone: (205) 978-4211<br>*jpt@schillecitortoricilaw.com* |
| | Jarrett L. Ellzey<br>**EKSM**<br>4200 Montrose Blvd., Ste. 200<br>Houston, TX 77006<br>Telephone: (888) 350-3931<br>*jellzey@eksm.com* |
| | ***Attorneys for Plaintiff*** |

## CERTIFICATE OF SERVICE

I certify that on Wednesday August 6, 2025, a true and correct copy of the attached **JOINT PLAINTIFFS' REQUEST FOR SETTLEMENT AGREEMENT AND ORDER APPROVING SETTLEMENT TO BE UNSEALED AS THE 18 MONTH PERIOD HAS EXPIRED** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Gregory S. Ritchey
**RITCHEY LAW FIRM, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Phone: 205-271-3105
Fax: 205-271-3111
Email: gsritchey@ritcheylaw.com

*Counsel for Defendants*

Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
jpt@schillecitortoricilaw.com

*Co-Counsel for Plaintiffs*

Jarrett L Ellzey
Leigh S. Montgomery
**EKSM**
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (888) 350-3931
*jellzey@eksm.com*

*Co-Counsel for Plaintiffs*

 

 

/s/ John P. Kristensen
John P. Kristensen